Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALDINE HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:14-cv-00698RAJ<br><br>~~PROPOSED~~ ORDER |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $7,239.00, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 600 1st Avenue, Suite 237, Seattle, WA 98104.

DATED this 7th day of July, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge